**Electronically Filed
Supreme Court
SCWC-28788
18-MAR-2011
02:03 PM**

NO. SCWC-28788

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

JAKE FARMER, Petitioner/Plaintiff-Appellant,

vs.

PACIFIC SPECIALTY INSURANCE COMPANY; MFA INSURANCE, INC.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28788; DC-CIVIL NO. 06-1-1459)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Plaintiff-Appellant Jake Farmer's

application for writ of certiorari filed on February 7, 2011, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, March 18, 2011.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



Carl H. Osaki for
petitioner/plaintiff-
appellant on the
application.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Perkins, assigned by reason of vacancy.